UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE 16-20245-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                              ORDER

MANUEL POLA,

        Defendant.
_____/

    THIS CAUSE came before the Court for Calendar Call on August 17, 2016 and in the interest of justice and based on the representations made by counsel, it is

    ORDERED AND ADJUDGED that the case is continued for trial to the two-week period beginning **OCTOBER 17, 2016. This case is specially set.** Calendar Call will be held on **OCTOBER 12, 2016 at 1:00 p.m.** The Court further finds that the period of delay resulting from this continuance, to-wit:(the date of the Cal. Call)**to and including the date trial is commenced**, shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C., § 3161 etseq. All exhibits must be pre-marked and the exhibit list shall be furnished to the Court along with each parties proposed voir dire questions and proposed jury instructions **TEN DAYS** before the date of trial.

    All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement

the subject matter of the motion. **Motion cutoff is SEPTEMBER 2, 2016.**

**If either side intends to seek the admission of tapes and transcripts at trial, final revisions to the transcripts must be completed and provided to the opposing party not later than 15 days prior to jury selection in this case. The Court will not admit transcripts which have been revised subsequent to this deadline.**

DONE AND ORDERED at Miami, Florida this __22__ day of August, 2016.

_[signature]_
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:  Counsel of record